IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD ALAN ZOCHLINSKI,

    Plaintiff,                    No. CIV 11-cv-3295-KJM-JFM (PS)

   vs.

BLUM, *et al.*,

    Defendants.                <u>ORDER</u>

                           /

        On December 12, 2011, defendants removed this action from the Yolo County Superior Court and paid in full the $350 filing fee pursuant to 28 U.S.C. § 1914(a). Pending before the court is plaintiff's March 22, 2012 motion to proceed in forma pauperis. Because the filing fee has been paid by the party instituting this action in this court, plaintiff's motion will be denied as moot.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 22, 2012 motion to proceed in forma pauperis is denied.

DATED: March 30, 2012.

                                              UNITED STATES MAGISTRATE JUDGE

/014;todd2598.ifp

1