IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD ALAN ZOCHLINSKI,

    Plaintiff,                    No. CIV 2:11-cv-3295-KJM-JFM (PS)

   vs.

BLUM, *et al.*,

    Defendants.          <u>ORDER</u>

/

       Pending before this court is plaintiff's motion to stay. The court has determined that the matter shall be submitted upon the record and briefs on file and accordingly, the date for hearing of this matter shall be vacated. Local Rule 230.

       Accordingly, IT IS HEREBY ORDERED that the May 3, 2012 hearing is dropped from calendar.

DATED: April 24, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;zoch3295.vacate.hrg

1