UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ALAN ZOCHLINSKI, | No. 2:11-cv-03295 KJM KJN (PS) |
| Plaintiff, | |
| v. | ORDER |
| RICHARD C. BLUM, et al., | |
| Defendants. | |

On December 12, 2013, the court granted plaintiff's motion for a thirty-five day extension of time to respond to this court's November 19, 2013 order to show cause. ECF No. 51. On January 23, 2014, the court granted plaintiff's second motion for a twenty-eight day extension of time, stating that no further extensions of time would be granted. ECF No. 53.

On February 12, 2014, the last day that plaintiff could file a response to the order to show cause, plaintiff filed a motion for a fourteen day extension of time. ECF No. 56. On February 13, 2014, defendants requested that the court dismiss this action on mootness grounds, noting plaintiff's failure to timely respond to the court's order to show cause. ECF No. 54.

Pursuant to this court's January 23, 2014 order, plaintiff's motion for an extension of time is disregarded. Nevertheless, out of abundance of caution, the court will provide plaintiff with seven days from the date of this order to file a response to the order to show cause. Plaintiff is cautioned that any future motions for extension of time will be disregarded. Further, plaintiff's

1

failure to timely file a response will result in findings and recommendations addressing whether this action should be dismissed on mootness grounds as well as plaintiff's failure to timely prosecute this action and comply with court orders.  In light of the court's order, defendants' request for dismissal will be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 12, 2014, motion for an extension of time (ECF No. 56) is disregarded;

2. Defendants' February 13, 2014 request for dismissal (ECF No. 54) is denied without prejudice;

3. No later than seven days from the date of this order, plaintiff shall show cause why this action should not be dismissed on mootness grounds;

4. Defendants' reply, if any, to plaintiff's response to the order to show cause shall be filed and served within fourteen days after service of the response;

5. The matter will thereafter stand submitted; and

6. Any future motions for extensions of time will be disregarded.

Dated:  February 18, 2014

zoch3295.eot(3)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2